07-584-M-01

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MARYLAND    1:06-M-2086-SKG

RECEIVED
S. MARSHAL
BALTIMORE, MD

2006 SEP 29 A 9:38

UNITED STATES OF AMERICA
vs.
KEARNY, SHURON E

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| X0515823 | 01/13/2006 |
| MD81 | |
| DUI | |

Defendant

**FILED**

NOV 21 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FAILURE TO APPEAR FOR TRIAL OR FINAL DISPOSITION ON 9/22/06.

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ **APPEARANCE REQUIRED** may be Forfeited in Lieu of Appearance.

Date  9/27/06

United States Magistrate Judge
JAMES K. BREDAR

## RETURN

| RECEIVED | DATE 9/27/06 | LOCATION 333 Constitution Ave |

EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.

| | DATE 11/21/07 | LOCATION 333 Constitution Ave |

Name: Stephenie Owens    Title: Deputy US Marshal    District: D/DC 01
Date: 11/21/07    Signature: S. Owens

07-584-M-01

**FILED**
NOV 21 2007
Clerk, U.S. District and
Bankruptcy Courts

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__, while exercising my duties as a law enforcement officer in the _____ District of _____.

The foregoing statement is based upon:
- [ ] my personal observation   [ ] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on _____  _____
           Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____  _____
           Date (mm/dd/yyyy)  US Magistrate Judge

---

## Violation Notice

| Violation Number | Officer's Name (Print) | Officer No. |
|---|---|---|
| X 0515823 | McDowell #12979 | MD81 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR □ USC ☒ State Code |
|---|---|
| 01-13-06  0607 | MTA 21-902 a1 |

| Place of Offense |
|---|
| NSA Corector rd  VCP#2 |

Offense Description: Driving veh while under the influence of alcohol

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Kearney | Sharon | E |

| State | D.L. State |
|---|---|
| MD | MD |

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| BLK | BRN | 5-07 | 145 |

☒ Adult □ Juvenile   Sex: ☒ Male □ Female

**VEHICLE DESCRIPTION**

| VIN | Year | Make/Model | Color |
|---|---|---|---|
| 4T1N21E3LU12337 | 90 | Toyota | Blue |

| Tag No | State |
|---|---|
| 3BFG94 | MD |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B □ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

$ TBA  Forfeiture Amount
     +$25 Processing Fee
$ _____  Total Collateral Due

**PAY THIS AMOUNT →**  $ TBA

### YOUR COURT DATE

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|
| TBA | TBA | TBA |

X Defendant Signature: _____