*Forthwith*

AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court
for the _____ DISTRICT OF _Columbia_

**FILED**
NOV 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |

_Sharon E. Kearny_

CASE NUMBER: _07-584M-01_

The defendant is charged with a violation of __18__ U.S.C. __13__ alleged to have been committed in the _____ District of _Maryland, Baltimore_

MTA 21-902

Brief Description of Charge(s):

_Driving a Vehicle While Under the Influence of Alcohol_

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_November 21, 2007_
Date

_[signature]_
Judicial Officer

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

(N)