*Return copy*

Rev 1/07

**FILED**

JAN 0 3 2008

Clerk, U.S. District and
Bankruptcy Courts

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEC 03 2007

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

Date:  11/28/07

Address of Other Court:  USDC District of Maryland
Baltimore Division/Criminal Div.
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, MD 21201

RE: CR  07-mj-584 , USA v. Shuron E. Kearny

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

| | | | |
|---|---|---|---|
| ☑ | Docket Sheet | ☑ | Warrant of Removal |
| ☐ | Complaint | ☐ | Order of Removal |
| ☐ | Minute Order Appointing Counsel | ☐ | Detention Order |
| ☐ | Corporate Surety Bond | ☑ | Waiver of Removal |
| ☐ | Personal Surety Bond | | |
| ☑ | Other: Blotter filed on 11/21/07 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk